## BROWN v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 21, September Term, 1964.]

*Decided July 31, 1964.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated by Judge Sodaro in dismissing the petition, the application for leave to appeal is denied.

*Application denied.*